JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARLES M. WASHINGTON, III, | ) NO. EDCV 06-00178-CJC (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| STUART J. RYAN, WARDEN, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: May 7, 2009.

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE